IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : Criminal Action No. 07- 172M |
| MARIE HENDERSON, a/k/a "Terry," | : |
| Defendant. | : |

**MISDEMEANOR INFORMATION**

The United States Attorney for the District of Delaware alleges and charges that:

**COUNT I**

On or about August 5, 2007, in the State and District of Delaware, the defendant, MARIE HENDERSON, knowingly and intentionally possessed a mixture and substance containing cocaine base, a Schedule II narcotic controlled substance.

All in violation of Title 21, United States Code, Section 844(a).

COLM F. CONNOLLY
United States Attorney

BY: _____
Keith M. Rosen
Assistant United States Attorney

Dated: August 30, 2007



FILED

AUG 3 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE