AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.

**MARIE HENDERSON**

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

Case Number: **07-172M**

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

(X) *Marie T. Henderson*
Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**

_____
Defendant

Consented to by United States

_____
Signature

_____
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____
Defendant

---

_____
Defendant's Attorney (if any)

Approved By: _____
U.S. Magistrate Judge

_____
Date

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT
DISTRICT OF __DELAWARE__

3

UNITED STATES OF AMERICA
V.

MARIE HENDERSON

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

Case Number: 07-172M

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _Marie T Henderson_
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**

_Marie T Henderson_ X
Defendant

Consented to by United States

_[signature]_
Signature

SHAWN A. WEEDE, ESQ
Name and Title ASSt. U.S. ATTORNEY

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _Marie T Henderson_ X
Defendant

_[signature]_
Defendant's Attorney (if any)

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Approved By: _[signature]_
U.S. Magistrate Judge
9/27/07
Date