AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
MARIE HENDERSON

COLLINGDALE, PA 19023

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: 07-172M


REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | **Courtroom #6C, 6th Floor** |
| | Date and Time |
| Before:  Honorable Mary Pat Thynge, United States Magistrate Judge | SEPTEMBER 13, 2007 AT 1:00 PM |

** Please report to the U.S. Marshal's in Rm #100 by 12:00 PM

To answer a(n)
☐ Indictment   x Misdemeanor Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ____21____ United States Code, Section(s) ____844(a)____

Brief description of offense:

SIMPLE POSSESSION OF COCAINE BASE - ( COUNT I )

FILED
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

SEPTEMBER 6, 2007 at Wilmington, DE
Date

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _residence of def. showed for court appearance._

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _9-13-07_
Date

_D.W. Thomas_
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.