IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v. MARIE HENDERSON    CASE NO. CR 07-172M-MPT

The defendant, MARIE HENDERSON , having been scheduled for arraignment on SEPTEMBER 20, 2007

a continuance having been requested by DEFENSE COUNSEL

for the following reasons: SCHEDULING PURPOSES

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to SEPTEMBER 27, 2007

(2) The period between SEPTEMBER 20, 2007 and SEPTEMBER 27, 2007 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/20/07

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE